FILED

JUN 0 9 2006

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>EDWARD KILE,<br><br>                      Debtor.<br><br>M. KENNETH MUDGE and LEORA MUDGE, TRUSTEE OF THE MUDGE TRUST DATED MAY 29, 2002, AS TO AN UNDIVIDED 48.6322% INTEREST; LINCOLN TRUST COMPANY, TRUSTEE FBO M. KENNETH MUDGE AS TO AN UNDIVIDED 21.2766%; and FEDERAL HOME LOANS CORPORATION AS TO AN UNDIVIDED 30.0912% INTEREST,<br><br>                    Plaintiffs,<br>vs.<br><br>EDWARD KILE and ROBYN KILE, husband and wife; RIBSY PRODUCTIONS, LLC, a California limited liability company; STATEWIDE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES,<br><br>                    Defendants. | Chapter 7<br><br>No. 4-04-bk-02237-JMM<br><br>Adv. No. 4-05-ap-00009-JMM<br><br>**MEMORANDUM DECISION RE:**<br><br>**JOINT MOTION TO DISTRIBUTE (DKT. 58)**<br><br>(Opinion to Post) |

       On December 9, 2005, the Trustee filed a "Joint Motion to Approve Proposed Distribution of Interplead Funds" ("Joint Motion"). This Joint Motion was filed in a pending adversary proceeding,

h:\wp\orders\

but in fact relates to an administrative distribution of essentially all of the assets of the case. Accordingly, the clerk shall file this Memorandum Decision and accompanying Order in both:

- Adversary file 05-09, and
- Administrative file 04-2237

The resolution of the Joint Motion was complicated by what were, at the time, two unresolved monetary motions, to wit:

1. The application of the Mudge Group for fees and costs, and
2. Debtor's counsel's application for fees and costs.

The court has now ruled on both matters. <u>With the ruling on this matter, the interlocutory nature of the Mudge's Group's request is now rendered final and appealable</u>, as is the ruling on Debtor's counsel's request for fees and costs.

Turning to the Trustee's present Joint Motion, it would appear that this court's two new rulings, set forth above, turn the Joint Motion's distribution scheme on its head.

Therefore, the Joint Motion will be DENIED. The Trustee is directed to reconsider any distribution scheme or settlement with an eye toward how the recent court rulings have impacted the proposed distribution, the treatment of community claims, and, to the extent Robyn Kile and/or Ribsy

Productions claim entitlement to any funds, the impact of any fraudulent conveyance or other avoidance actions may be applicable. A separate order will be entered. FED. R. BANKR. P. 9021.

DATED: June 8, 2006.

*/s/ James M. Marlar*
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 8 day of June, 2006, upon:

Matthew R.K. Waterman
Waterman & Waterman, P.C.
33 North Stone Avenue, Suite 2020
Tucson, AZ 85701
Email mrkw@watermanlaw.com
Attorneys for Debtor

Scott B. Cohen
Heather M. Fox
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., 4th Floor
Tucson, AZ 85251-3693
Email scott.cohen@sackstierney.com
Email heather.fox@sackstierney.com

Timothy J. Silverman
Holly Nolan
Solomon Grindle Silverman & Spinella
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Email tim@sgsslaw.com
Email holly@sgsslaw.com

Steven M. Cox
Waterfall Economidis Caldwell Hanshaw & Villamana, P.C.
5210 E. Williams Cir., #800
Tucson, AZ 85711
Email smcox@wechv.com

Scott D. Gibson
Gibson, Nakamura, & Decker, PLLC
2941 N. Swan Rd., Suite 101
Tucson, AZ 85712-2343
Email: sgibson@gnglaw.com

Jack I. Mann
Gary M. Orlansky
Law Office of Jack I. Mann
1901 First Avenue, Suite 405
San Diego, CA 92101
Attorneys for Statewide

Larry Lee Watson
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email larry.watson@usdoj.gov

By /s/ M.B. Thompson
    Judicial Assistant